DANA M. JOHNSON
Law Office of Dana Johnson, PLLC
P.O. Box 9623
Moscow, ID 83843
Tel: (208) 874-3158
Fax: (888) 741-2050
johnsondanam@gmail.com
Idaho State Bar # 8359

K.E.PURCIE BENNETT
Cottonwood Environmental Law Center
24 S. Willson Ave., Suite 6-7
Bozeman, MT 59715
Tel: (406) 587-5800
Fax: (406) 587-5801
purcie@cottonwoodlaw.org
*Pro Hac Vice*

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF IDAHO
## EASTERN DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL & ALLIANCE FOR THE WILD ROCKIES, ) ) ) | |
| Plaintiffs, ) ) | Case No.: 4:11-cv-212 |
| vs. ) ) ) | **PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT** |
| UNITED STATES FOREST SERVICE, *et al.*, ) ) | |
| Defendants. ) ) ) | |

Pursuant to Federal Rule of Civil Procedure 56 and Local Rule 7.1, Plaintiffs respectfully move this Court for summary judgment on all counts of its Amended Complaint challenging the Decision Notice and Finding of no Significant Impact authorizing the Split Creek Precommercial Thinning ("Project") and the approval of the 2005 LAU map ("2005 map"). By authorizing this Project and the 2005 map, Defendants have violated the mandates of the Administrative Procedure Act ("APA"), the Endangered Species Act ("ESA"), the National Environmental Policy Act ("NEPA"), and the National Forest Management Act ("NFMA"). In order to avoid further environmental damage to this sensitive and already compromised landscape, Plaintiffs respectfully request that this Court set aside the decision approving the Project and the 2005 map under the APA and permanently enjoin implementation of the Project. Plaintiffs file a brief in support of this Motion.

Respectfully submitted this 7th day of November, 2011.

/s/ Dana M. Johnson
_____

DANA M. JOHNSON
Law Office of Dana Johnson, PLLC

K.E.PURCIE BENNETT
Cottonwood Environmental Law Center

Attorneys for Plaintiffs

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on November 7, 2011, I electronically filed the foregoing PLAINTIFFS'
MOTION FOR SUMMARY JUDGMENT with the Clerk of the Court via the CM/ECF system,
which will provide service on all counsel of record.


<u>/s/ Dana M. Johnson</u>
Dana M. Johnson
Attorney for Plaintiffs