DANA M. JOHNSON
Law Office of Dana Johnson, PLLC
P.O. Box 9623
Moscow, ID 83843
Tel: (208) 874-3158
Fax: (888) 741-2050
johnsondanam@gmail.com
Idaho State Bar # 8359

K.E.PURCIE BENNETT
Cottonwood Environmental Law Center
24 S. Willson Ave., Suite 6-7
Bozeman, MT 59715
Tel: (406) 587-5800
Fax: (406) 587-5801
purcie@cottonwoodlaw.org
*Pro Hac Vice*

Attorneys for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
EASTERN DIVISION**

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL & ALLIANCE FOR THE WILD ROCKIES, <br><br> Plaintiffs, <br><br> vs. <br><br> UNITED STATES FOREST SERVICE, *et al.*, <br><br> Defendants. | Case No.: 4:11-cv-212 <br><br> **PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS** |

The Ninth Circuit has held that summary judgment motions are an appropriate vehicle for resolving challenges to agency actions under the Administrative Procedures Act (APA), 5 U.S.C. Sec. 701 *et seq*. *Northwest Motorcycle Association v. United States Department of Agriculture*, 18 F.3d 1468, 1471-72 (9th Cir. 1994). Although the statement of "undisputed facts" does not entirely apply to administrative record cases, Plaintiffs offer the following statement of undisputed facts:

## BACKGROUND

**Lynx Listing Background**

1. On March 24, 2000, the U.S. Fish and Wildlife Service ("FWS") added the lynx of the contiguous United States to the list of threatened species. 65 Fed. Reg. 16,052.

2. Following nearly a decade of analysis, the agency determined that the lynx population of the continental United States is threatened by "the lack of guidance for conservation of lynx and snowshoe hare habitat in National Forest Land and Resource Plans." FS001524.

3. "[I]t is imperative," the FWS concluded, "that lynx habitat and habitat for lynx prey be maintained and conserved on Federal lands." 65 Fed. Reg. 16,082.

4. Research and literature on the ecology of lynx in the southern portion of its range is relatively sparse. FS013150.

5. Lynx are highly mobile and generally move long distances; they disperse primarily when snowshoe hare populations decline; subadult lynx disperse even when prey is abundant, presumably to establish new home ranges; and lynx also make exploratory movements outside their home ranges. 74 Feg. Reg. at 8617.

6. The contiguous United States is at the southern edge of the boreal forest range, resulting in limited and patchy forests that can support snowshoe hare and lynx populations. *Id*.; FS013197.

7. Lynx subsist primarily on a prey base of snowshoe hare, and survival is highly dependent upon snowshoe hare habitat. FS004589; FS001531, FS001534.

8. In North America, the distribution and range of lynx is nearly "coincident" with that of snowshoe hares, and protection of snowshoe hare and their habitat is critical. FS004589.

9. At the southern end of their range, lynx persist at the lower threshold of necessary hare density. FS013138; FS004598.

10. Precommercial thinning is deemed a primary threat to lynx habitat and therefore has specific restrictions in lynx management guidelines. FS001702, 1703; FS013195; FS001531-1534, 1542.

**Conservation Strategy Background**

11. In 2000, an interagency lynx biology team developed the Canada Lynx Conservation and Assessment and Strategy ("LCAS") as an interim and guiding conservation strategy for lynx on federal lands. FS005307-5309.

12. The Forest Service and the Fish and Wildlife Service then entered into a series of three separate Canada Lynx Conservation Agreements ("Conservation Agreements") to implement the standards and guidelines of the LCAS. FS005309.

13. In 2007, the Forest Service adopted the Northern Rockies Lynx Management Direction ("NRLMD"). FS001524.

14. The NRLMD ROD amended the directives of the NRLMD into all Forest Plans in the planning area. FS001524.

15. The NRLMD defines lynx habitat as:

    [M]esic coniferous forest that experience cold, snowy winters and provide a prey base of snowshoe hare. In the northern Rockies, lynx habitat generally occurs between 3,500 and 8,000 feet of elevation, and primarily consists of lodgepole pine, subalpine fir, and Engelmann Spruce.

    FS001587.

16. Primary vegetation that contributes to lynx habitat is defined as habitat that provides for lynx foraging (snowshoe hare habitat) or lynx denning. FS001825.

17. Foraging habitat is defined as habitat that supports snowshoe hare. FS004957.

18. Winter snowshoe hare habitat occurs in three stages of forest development, the stand initiation, understory re-initiation, and old forest multistoried structural stages. FS001825.

19. The typical vegetation for snowshoe hare and lynx habitat includes lodgepole pine, sub alpine fir, and Engelmann spruce. FS001822.

20. These habitat elements are considered necessary for lynx foraging habitat because these elements can sustain snowshoe hare. FS001825.

21. The NRLMD direction applies to mapped lynx habitat on National Forest System land presently occupied by Canada lynx as defined by the Amended Lynx Conservation Agreement (USDA FS and USDI FWS 2006). FS001524.

22. The 2006 Conservation Agreement defines occupied lynx habitat as:

    All mapped lynx habitat on an entire forest is considered "occupied" by lynx when:

    - There are at least 2 verified lynx observations or records since 1999 on the national forest unless they are verified to be transient individuals; or
    - There is evidence of lynx reproduction on the national forest.

    AR FS001591, FS001822, AR FS001591, FS001597.

23. The Project area is occupied habitat. Def. Mot. In Opp. at 14.

24. The NRLMD defines an LAU as follows:

PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS - 3

An LAU is an area of at least the size used by an individual lynx, from about 25 to 50 square miles (LCAS). An LAU is a unit for which the effects of a project would be analyzed; its boundaries should remain constant.

AR FS001591, FS002050.

**Mapping Lynx Habitat and LAUs on the CTNF**

### The 2001 Map

25. In 2001 the CTNF mapped lynx habitat LAUs across the forest ("2001 map"). FS004820.

26. The 2001 map included the Project area and declared the LAUs in the Project area to be "primary" lynx habitat in "suitable condition." FS004821.

27. Of the total 1,134,779 acres within LAUs across the Forest, 645,049 acres were considered primary suitable habitat. *Id*. 126,795 were secondary suitable habitat, 98,554 were primary unsuitable habitat and 8,565 were considered secondary unsuitable habitat. *Id*.

### The 2005 Map

28. In 2005, the CTNF Forest Service revised the original 2001 map ("2005 Map"). FS005695.

29. This revised map proposed to drop 8 LAUs within the Island Park Subsection and Madison-Pitchstone Plateaus Subsection of the CTNF, removing them from LAU management protections. FS005627-5630.

30. With the approval of this map, the Forest Service removed 390,900 acres of LAUs and remapped them as linkage habitat. FS004820-4821; FS005608.

31. Prior to this remapping, interagency meetings for the Caribou-Targhee National Forest were held in 2003 to coordinate the remapping of LAUs on the Forest. FS011555.

32. Several participants in the meetings noted that the LAUs contained lynx habitat as defined by the LCAS. FS004785, FS004801, FS004807.

33. Additionally, during these meetings it was noted that there was historical presence of lynx kittens on the CTNF. FS004801.

34. It was also noted that precommercial thinning would not be allowed in areas mapped as primary habitat.  FS004809, FS004812.

35. The Split Creek Project was originally approved in December of 2007 and relied on the 2005 map, which had not yet been approved by the Regional Forester. F003028.

36. The Forest Service explains in the Split Creek EA that a 2007 decision authorizing the project was "withdrawn on July 28, 2008 to provide an opportunity for public notice and comment on both the precommercial thinning proposal and on the Caribou-Targhee National Forest (C-TNF) updated Lynx Analysis Unit mapping for the Canada Lynx…" FS011552.

37. In the same document, the Forest Service admits that the Split Creek EA "is a project-level analysis; its scope is confined to addressing issues and possible environmental consequences of the project.  It does not attempt to address decisions made at a programmatic level." FS011562.

38. An EA and/or an EIS was never conducted for the 2005 map.

39.  In February 2009, the CTNF proposed the approval and adoption of the 2005 Map to the Regional Forester.  FS005604.

40.  In April, 2009, the CTNF Forest Service's proposal was approved by Harv Forsgren, Regional Forester for the United States Forest Service ("Forest Service"). FS005603.

41.  The Split Creek Project decision quickly followed the approval of the new 2005 map, and in December 2009, the CTNF Forest Supervisor authorized the pre-commercial thinning of 7,000 acres of lodgepole pine within the Island Park Subsection and Madison-Pitchstone Plateaus Subsection of the Targhee National Forest. FS012218.

42. This is the first site-specific implementation of the landscape-scale remapping of LAUs on the Forest.  *See* FS011552-11553.

43.  The Forest Service admits that it was looking to thin lodgepole pine at a landscape scale prior to LCAS restrictions on precommercial thinning. FS004796, 4797.

44. The Forest Service did not conduct separate NEPA analysis for the 2005 map.

45. The Forest Service did not make a jeopardy determination for the 2005 map.

## THE PROJECT

46.  The Project incorporates and implements the landscape-scale 2005 LAU map.  *See* FS011552, FS011553.

47.  The Project would cut dense, lodgepole pine stands currently supporting 500 to 300,000 trees per acre (with an average of over 2,000 trees per acre), reducing the density to 360 trees per acre with 11 feet by 11 feet spacing between trees.  FS011570.

48.  The Forest Service admits that high density lodgepole pine stands are "guaranteed to be used" by snowshoe hares and that there appears to be a stem density threshold for snowshoe hares at about 1,150 trees per acre. FS003302.

49.  The site-specific analysis for the Project, which was limited to 23,250 acres in and surrounding the Project area, did not include an EIS.  FS011550.

## LYNX AND HARE STUDIES

**Lynx**

50.  There is evidence of lynx and its primary prey, snowshoe hare, on the Forest and around the Project area.  FS005645; FS005613; FS005618.

51. Project documents show there have been 32 documented lynx occurrences within the Targhee section of the Caribou-Targhee National Forest boundary.  FS005613.

52. Although the Centennial Mountains subsection of the Targhee Forest had the highest number of historical sightings (21 sightings), lynx detection hare-snare surveys have failed to yield any lynx hits in this area. *Id.*; FS005615.

53. Additionally, the Forest Service notes that possible lynx tracks were found during snow tracking surveys, including 4 possible lynx tracks in the Centennial Mountains subsection and 2 possible lynx tracks in the Island Park subsection. *Id.*

54. Lynx snow tracking and hare snare surveys were limited to only a few years and in particular sections of the Targhee Forest. FS005613-005615.

55. In addition to these survey results and historical detections of lynx, the Forest Service lists four other visual sightings and/or track sightings on the Targhee Forest that were deemed either confirmed, probable, or reliable. FS005618.

56. In two of these instances, Forest Service and Wildlife Service personnel had confirmed visual sightings of lynx. *Id.*

57. In 2000 and 2001, a male radio-collared lynx was tracked making an annual trek through the Island Park subsection of the Forest. *Id.*

58. Finally, between 1999 and 2007 Colorado released 218 wild-caught lynx from Canada and Alaska into the state of Colorado. FS005392. In 2006, it was determined that 4 of these lynx had traveled to the Greater Yellowstone area and become resident lynx. FS005217.

59. The Colorado lynx were radio collared and tracked. FS005400. These lynx have been recorded around the Project area and the areas removed from LAU protection. *See* FS005414, FS005401.

**Snowshoe hare and habitat studies**

60. Four studies were conducted to reassess the LAUs on the CTNF. FS005610.

61. Two studies assessed the presence of snowshoe hare in the Island Park area of the CTNF. *Id*. Two other studies assessed the presence of subalpine fir in the Island Park area of the CTNF. AR FS005602.

62. The snowshoe hare studies found that in young lodgepole pine stands "hare occur in reasonably high concentrations." FS005619.

63. Another study determined that sapling patches of lodgepole pine with high-density cover are important snowshoe hare habitat in the Island Park area. FS005621.

64. The Forest Service notes they caught up to 11 hares on one grid when stand conditions were right, meaning when stands were comprised of dense lodgepole pine with appropriate crown height. FS005619.

65. Hares move between sapling stands and other forest types on a seasonal basis and depending on snow level, and the patchy nature of snowshoe hare habitat is not uncommon in the southern portion of lynx and snowshoe hare habitat range. FS005621; FS005624; FS004598.

66. Lodgepole pine is an important habitat condition for snowshoe hare. *See* FS00570, FS005622, FS0056256, FS005417; FS013152 (noting that "snowshoe hare density will be consistently highest in small lodgepole pine stands, followed by large spruce/fir and medium lodgepole pine, respectively.").

67. The Forest Service admits that, in the Island Park pellet studies, hares were found in high densities exclusively within unthinned sapling-sized stands and that more pellets would have been found in thinned stands had they not been thinned. FS013326.

68. Hares are known to use lodgpole pine stands with limited subalpine fir.  FS013178; FS013208-FS013209; FS013342-FS013342, FS013346.

69. Hares are known to use riparian areas.  FS013249, FS013254; FS013284; FS013151, FS013152; FS013177, FS013180; FS013187; FS013206.

70. Hares are known to use aspen stands.  FS013151; FS013249, FS013252, FS013255-FS013256.

71. The Forest Service focused its habitat modeling studies for the 2005 map on Sub Alpine Fir.  FS005623.

72. The Forest Service explained that "[a]reas being greater than seventy percent occurrence of subalpine fir habitat type were delineated to primary lynx habitat based on local wildlife and forest biologists' opinion that this classification provided a high probability of mature forest with a sufficiently dense understory of vegetation for lynx and snowshoe hares."  FS005626.

73. The Forest Service removed several LAUs in the remapping process because they did not have enough suitable habitat, habitat that was defined by the percentage of subalpine fir probability.  FS005627, FS005629.

74.  In preparation of the Split Creek Project, the Forest Service completed one survey, a snow track survey, for snowshoe hare in the Project area that was limited to three months in one year.  FS005645.

75. The Forest Service found snowshoe hare tracks on at least 23% of the Project area.  FS005645.

76. Hare track densities showed 24 tracks within a transect that was 443 meters long, 18 tracks within a transect that was 477 meters long, 10 tracks within a transect that was 404

meters long, and 7 tracks in a transect that was 350 meters long. FS005642. Other transects showed between 2 and 5 tracks per transect. *Id*.

77. The Seeley Lake area in Montana supports lynx at 0.53 hares/ha in mature dense forest, 0.2 hares/ha in mature open forest, 0.47 hares/ ha in young dense forest, and 0.12 hares/ha in young open forest. FS013194.

78. Colorado snowshoe hare densities average up to roughly 0.5 hares/ha. FS013152. Lynx are successfully reproducing in these areas. FS013181-FS0131.

79. Another study reports hare densities in the Western United States averaging 0.34 to 0.53 hares/ha in mature closed forest, 0.18 to 0.2 hares/ha in mature open forest, 0.63 to 0.47 hares/ha in young dense forest, and 0.18 to 0.12 hares/ha in open young forest. FS013194.

80. Project documents in this case indicate that 0.5 hares/ha are required for successful lynx reproduction. FS013224.

## CRITICAL HABITAT

81. "On February 28, 2008, the Service issued the proposed rule designating lynx critical habitat. The final rule was then published on February 25, 2009." *Alliance for the Wild Rockies v. Lyder*, 728 F.Supp.2d 1126, 1143 (D.Mont. 2010) (citing 74 Fed. Reg. 8616).

82. The FWS excluded many large areas from the map in the Final Rule, including the Project area and the Targhee Forest. 74 Fed. Reg. 8616.

83. The Final Rule was challenged and ultimately ruled invalid as "arbitrary and capricious" because in determining what habitat was "critical" for lynx, the Service required evidence of reproduction. *Lyder*, 728 F.Supp. at 1132.

84. The CTNF has not reassessed the Forest for critical habitat.

Respectfully submitted this 7th day of November, 2011.

_____/s/_____

Dana M. Johnson
Law Office of Dana Johnson, PLLC

K.E. Purcie Bennett
Cottonwood Environmental Law Center

Attorneys for Plaintiffs

## CERTIFICATE OF SERVICE

I hereby certify that on November 7, 2011, I electronically filed the foregoing PLAINTIFFS' STATEMENT OF UNDISPUTED FACTS with the Clerk of the Court via the CM/ECF system, which will provide service on all counsel of record.

/s/ Dana M. Johnson
Dana M. Johnson
Attorney for Plaintiffs