IGNACIA S. MORENO, Assistant Attorney General
SETH M. BARSKY, Section Chief
S. JAY GOVINDAN, Assistant Section Chief
RICKEY D. TURNER JR., Trial Attorney, CO Bar #38353
Environment and Natural Resources Division
Wildlife and Marine Resources Section
999 18th Street, Suite 370-South Terrace
Denver, CO 80202
Phone: (303) 844-1373
rickey.turner@usdoj.gov

ALISON D. GARNER, Trial Attorney, DC Bar # 983858
Natural Resources Section
P.O. Box 7611, Ben Franklin Station
Washington, D.C. 20044-7611
Telephone: (202) 514-2855
alison.garner@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF IDAHO
EASTERN DIVISION

| | |
|---|---|
| NATIVE ECOSYSTEMS COUNCIL, *et al.*, | ) ) ) |
| Plaintiffs, | ) Case No. 4:11-cv-212 ) ) |
| v. | ) **STIPULATION RESOLVING** ) **ATTORNEYS' FEES AND COSTS** |
| UNITED STATES FOREST SERVICE, *et al.*, | ) ) ) |
| Defendants. | ) ) |

**STIPULATED SETTLEMENT AGREEMENT**

WHEREAS, Plaintiffs Native Ecosystems Council and Alliance for the Wild Rockies

challenged the United States Forest Service's decision to authorize the Split Creek

Precommercial Thinning Project (Project) and 2005 Lynx Analysis Unit (LAU) map under the

National Environmental Policy Act ("NEPA"), 42 U.S.C. § 4321 *et seq*., the National Forest

1

Management Act ("NFMA"), 16 U.S.C . § 1600 *et seq*., and the Endangered Species Act ("ESA"), 16 U.S.C. § 1531, *et seq*.;

WHEREAS, this Court in its order, dated June 6, 2012 (ECF No. 57), and judgment, dated June 6, 2012 (ECF No. 58), found in favor of Plaintiffs on their claims under NEPA and the ESA;

WHEREAS, on November 14, 2012, the Court of Appeals for the Ninth Circuit issued its Mandates that granted Defendants-Appellants' motion to voluntarily dismiss their appeal (*Alliance for the Wild Rockies v. U.S. Forest Service*, No. 12-35666);

WHEREAS, Plaintiffs and Defendants (collectively, "the Parties") believe that it is in the interest of judicial economy to avoid further litigating a request for attorneys' fees and costs and to avoid diverting Agency resources;

THEREFORE, in the interests of the public, the Parties, and judicial economy, the Parties hereby stipulate and agree to the following:

1. Defendants agree to pay the lump sum total of seventy-three thousand dollars ($73,000.00) in full and complete satisfaction of any and all claims, demands, rights, and causes of action pursuant to the Equal Access to Justice Act, 28 U.S.C. § 2412(d), the Endangered Species Act, 16 U.S.C. § 1540(g)(4), and/or any other statute and/or common law theory, for all attorneys' fees and costs incurred by Plaintiffs in this litigation.

2. Defendants agree to submit all necessary paperwork to the appropriate office within thirty (30) business days of receipt of the signed Court order approving this Stipulated Agreement and will make every reasonable effort to provide for such payment to be transmitted within sixty (60) days of the Court's approval.

3. Plaintiffs agree that receipt of this payment from Defendants shall operate as a release of any and all claims for attorneys' fees and costs that Plaintiffs may seek to pursue in this matter relating to the litigation or settlement. This Court shall retain jurisdiction to enforce the terms of this Stipulated Agreement, if necessary, until Defendants' payment referenced in paragraph 1 above, has been made.

4. Defendants' payment, as identified in Paragraph 1 above, shall be accomplished by Defendants making an electronic funds transfer in the settlement amount of $73,000.00 to the client trust account for the Northern Rockies Justice Center, PLLC on behalf of Plaintiffs Native Ecosystems Council and Alliance for the Wild Rockies, in accordance with information that has been provided to Defendants. Plaintiffs' counsel agree to send confirmation of the receipt of the payment to counsel for Defendants within 14 days of such payment.

5. Except for the obligations specifically required under this Stipulated Agreement, Plaintiffs agree to hold harmless Defendants in any litigation, further suit, or claim arising from the payment of the agreed-upon $73,000.00 settlement amount to Plaintiffs as provided in Paragraph 4 above.

6. Nothing in the terms of this Stipulated Agreement shall be construed to limit or deny the power of the federal government to promulgate or amend regulations.

7. No provision in this Stipulated Agreement shall be interpreted as a commitment or requirement that Defendants obligate or pay funds in violation of the Anti-Deficiency Act, 31 U.S.C. § 1341, or any other law or regulation.

8. This Stipulated Agreement does not represent an admission by any Party to any fact, claim, or defense in any issue in this lawsuit. This Stipulated Agreement has no precedential value and shall not be used as evidence of such in any litigation.

9. This Joint Stipulation represents the entirety of Plaintiffs' and Federal Defendants' commitments with regard to settlement. The terms of this agreement shall become effective upon filing this Joint Stipulation with the Court.

10. The undersigned representatives of the Parties certify that they are fully authorized by the party or parties whom they represent to enter into the terms and conditions of this Stipulated Agreement and to legally bind the Parties to it.

Dated: March 1, 2013

> */s/Dana M. Johnson (with permission)*
> DANA M. JOHNSON
> Northern Rockies Justice Center, PLLC
> P.O. Box 9623
> Moscow, ID 83843
> Tel: (208) 874-3158
> Fax: (888) 741-2050
> danajohnson@northernrockiesjusticecenter.org
> Idaho Bar # 8359
>
> K.E. PURCIE BENNETT
> 433 5th St. SE
> Washington, DC 20003
> Tel: (703) 855-8223
> kepbennett@gmail.com
> *Pro Hac Vice*
>
> Attorneys for Plaintiffs

Dated: March 1, 2013

> **IGNACIA S. MORENO**
> Assistant Attorney General
> Environment and Natural Resources Division
>
> */s/Alison D. Garner*
> ALISON D. GARNER
> United States Department of Justice
> Environment and Natural Resources Division
> Natural Resources Section
> P.O. Box 7611, Ben Franklin Station

4

Washington, D.C. 20044-7611
Telephone: (202) 514-2855
alison.garner@usdoj.gov

*/s/Rickey D. Turner Jr.*
RICKEY D. TURNER JR.
Wildlife and Marine Resources Section
999 18th Street, Suite 370-South Terrace
Denver, CO 80202
Phone: (303) 844-1373
rickey.turner@usdoj.gov

*Attorneys for Defendants*